RECEIVED
IN MONROE, LA

MAR 16 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OFLOUISIANA
MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 04-30057-01 |
| | CIVIL ACTION NO. 3:06-1384 |
| versus | JUDGE JAMES |
| EDDIE NELSON RUIZ | MAGISTRATE HAYES |

## ORDER APPOINTING INTERPRETER

The Court, having been satisfied that the following individual has the qualifications necessary to serve as an interpreter in this matter, it is hereby ORDERED that:

G. MARCELA TUCKER

be appointed as interpreter to assist in the arraignment and all other ancillary proceedings to be held in this matter. Compensation for these services shall be paid by the Government. This appointment is made pursuant to Rule 28 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED. THUS DONE AND SIGNED at Monroe, Louisiana, this 16TH day March, 2007.

KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE