RECEIVED
IN MONROE, LA
JUL 24 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 04-30057-01 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| EDDIE NELSON RUIZ | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, except as noted in this Court's Ruling, and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [Doc. No. 37] is hereby **DENIED**.

MONROE, LOUISIANA, this 24 day of July, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE