RECEIVED
IN MONROE, LA

AUG 2 8 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. 06-1384<br>CRIMINAL ACTION NO. 04-30057-01 |
| VERSUS | * | JUDGE JAMES |
| EDDIE NELSON RUIZ | * | MAGISTRATE JUDGE HAYES |

## ORDER

Considering the foregoing,

IT IS HEREBY ORDERED that a certificate of appealability shall issue pursuant to 28 U.S.C. § 2253(c) and Federal Rules of Appellate Procedure Rule 22(b) on the following issue: whether petitioner was denied the effective assistance of counsel in violation of the Sixth Amendment as a result of his counsel's failure to inform him fully of his appellate rights and to file a notice of appeal from his conviction and sentence.

MONROE, LOUISIANA, this 27 day of August, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE